MAXWELL M. WALLACH, Appellant, v. MEYER PALEY et al., Respondents.— Order dismissing amended complaint on the ground it does not state facts sufficient to constitute a cause of action, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

MAXWELL M. WALLACH, Appellant, v. THERESA R. WALLACH, Respondent.— Order denying plaintiff's motion to vacate a final judgment of separation in favor of defendant, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur. [See *post,* p. 857.]

MAXWELL M. WALLACH, Appellant, v. WOOD, DOLSON COMPANY, INC., Respondent.— Order dismissing amended complaint on the ground it does not state facts sufficient to constitute a cause of action, and the judgment entered thereon, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

## (January 19, 1948.)

DOMINICK DE FILIPPO, an Infant, by MICHAEL DE FILIPPO, His Guardian ad Litem, et al., Respondents, v. CITY OF NEW YORK, Appellant.— Action by the infant plaintiff to recover damages for injuries sustained when struck by one of defendant's trolley cars, and by his father for expenses and loss of services. Judgment in favor of plaintiff, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ.

ANDREW FANUZZI, Appellant, v. PETER CHURINSKAS, Respondent.— Action to recover damages for personal injuries. Judgment in favor of defendant, and resettled order denying plaintiff's motion to set aside the verdict and for a new trial, reversed on the law and the facts, the motion granted and a new trial directed, with costs to abide the event. In the interests of justice there should be a new trial. Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

SEYMOUR FINN, as Administrator of the Estate of DORA FINN, Deceased, Appellant, v. BERTHA BURGER et al., Respondents, et al., Defendants.— Action to foreclose a mortgage on certain real property. Plaintiff moved to confirm the report of an official referee fixing the amount of a deficiency judgment. The report was modified so as to fix the deficiency at the sum of $500, and directed the entry of a judgment therefor. From the order modifying and affirming the report, and from the judgment entered pursuant thereto, the plaintiff appeals. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.